IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2007 AUG -6  PM 12: 37

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re The Lovesac Corporation, ) | |
| ) | |
| Debtor ) | Case No. 06-10080 (CSS) |
| ) | |
| Address: 155 N. 400 W. #250 ) | |
| Salt Lake City, UT ) | Chapter 11 |
| New York, New York 10023 ) | |
| ) | |
| Employer's Tax Identification (EIN) No(s). *[if any]* ) | |
| 80-0035754 ) | |
| Last four digits of Social Security No(s).: _____ ) | |

**ORDER FOR RELIEF IN AN INVOLUNTARY CASE**

On consideration of the petition filed on January 30, 2006, against the above-named debtor, an order for relief under Chapter 11 of the Bankruptcy Code is granted.

_____
Hon. Christopher S. Sontchi
U.S. Bankruptcy Court Judge

Dated: